# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**DAVID LYNN MCEUEN**                                                                                 **PLAINTIFF**

**VS.**                              No: 4:18-cv-00640 BRW-PSH

**GLEASON**                                                                                            **DEFENDANT**

## ORDER

I have reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Partial Recommended Disposition in all respects.

Accordingly, McEuen's claims based on verbal remarks are dismissed without prejudice for failure to state a claim upon which relief may be granted. McEuen's excessive force claims against Gleason will proceed. All other defendants are dismissed.

IT IS SO ORDERED, this 20th day of December, 2018.

/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE