# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**DAVID LYNN MCEUEN**                                                                           **PLAINTIFF**

v.                                      No: 4:18-cv-00640 BRW-PSH

**WILLIAM GLEASON**                                                                             **DEFENDANT**

## ORDER

I have reviewed the Proposed Findings and Recommendation submitted by United States Magistrate Judge Patricia S. Harris. No objections have been filed. After careful consideration, I approve and adopt the Proposed Findings and Recommendation in all respects.

Accordingly, Gleason's motion for summary judgment is be granted. McEuen's official capacity claims against Gleason are dismissed without prejudice for failure to state an actionable claim. McEuen's individual capacity excessive force claims are dismissed with prejudice because Gleason is entitled to qualified immunity.

IT IS SO ORDERED this 8th day of September, 2020.


                                        Billy Roy Wilson_____
                                        UNITED STATES DISTRICT JUDGE