IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DAVID LYNN MCEUEN**                                                                                    **PLAINTIFF**

v.                              No: 4:18-cv-00640 BRW-PSH

**WILLIAM GLEASON**                                                                                       **DEFENDANT**

## JUDGMENT

Pursuant to the order filed today, judgment is entered dismissing this case.

IT IS SO ORDERED this 8th day of September, 2020.


                                         Billy Roy Wilson_____
                                         UNITED STATES DISTRICT JUDGE